# United States District Court
### District of Arizona
### Office of the Clerk

**Debra D. Lucas**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Shannon Shoulders**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

[FILED stamp: FEB 04 2022, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]

January 25, 2022




[Stamp: COPY, JAN 27 2022, CLERK OF THE SUPERIOR COURT, K. WHITSON, DEPUTY CLERK]

Clerk's Office
Maricopa County Superior Court
201 West Jefferson St.
Phoenix, AZ 85003-2205

**ATTN:**  Civil File Counter

**RE:**  **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

District Court Case Number: CV-21-1671-PHX-DWL

Superior Court Case Number: CV2021-013125

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on January 25, 2022, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

BRIAN D. KARTH, DCE/CLERK OF COURT

S/L. Dixon
Deputy Clerk

Enclosure
cc: all counsel